United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO FRUCTUOSO GONZLAEZ GONZALEZ, | § § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-05561 |
| | § | |
| BRET BRADFORD, et al., | § § § | |
| Respondents. | § | |

### ORDER

Defendant filed its Motion for Summary Judgment (ECF No. 7) on July 21, 2026. Also on July 21, 2026, the Fifth Circuit issued a stay in *Sosnava Rodriguez v. Ortega et al.*, No. 26-50183, Doc. 199-1. The Court requires additional briefing from the parties on the impact on this case, if any, of the Fifth Circuit's ruling.

Respondents shall submit a brief of no more than ten (10) pages by 5:00pm on Monday, July 27, 2026. If Petitioner wishes to respond, Petitioner must notify the Court if his intention to do so and must submit a responsive brief of no more than ten (10) pages by 5:00pm on Friday, July 31, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 22nd day of July, 2026.

_____
Keith P. Ellison
United States District Judge